UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06mj10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KENNETH ROBERT KUNZ, | ) |
| | ) |
|     Defendant. | ) |

Pending before the Court is the Government's Motion to Dismiss [# 3]. The Government moves to dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, which provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The Court **GRANTS** the Government leave of Court to dismiss without prejudice the Complaint in this case. The Court **DIRECTS** the Clerk to certify copies of this Order to the United States Probation Office, the United States Marshall Service, Counsel for Defendant, and the United States Attorney's Office.

Signed: April 4, 2012

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge